UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-CR-386-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER TO SEAL** |
| v. ) | **[DOCKET ENTRY NUMBER 70]** |
| ) | |
| DERRICK LEON FOSTER, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 70 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 13 day of April, 2022.

JAMES C. DEVER III
United States District Judge