IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-386-D

UNITED STATES OF AMERICA,                )
                                         )
          v.                             )
                                         )          **ORDER**
DERRICK LEON FOSTER,                     )
                                         )
          Defendant.                     )

The United States SHALL respond to defendant's motions for sentence reduction [D.E. 87] not later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge