UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-386-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK LEON FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Seal the Defendant's Medical Record [D.E. 95, Exhibit Two] attached to the Government's Response in Opposition to Defendant's Motion for Compassionate Release. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal [D.E. 95, Exhibit Two] attached to the Response in Opposition to Defendant's Motion for Compassionate Release.

SO ORDERED. This 17 day of August 2026.

JAMES C. DEVER III
United States District Judge